UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LOREN CROUCH, )<br>)<br>Petitioner, )<br>v. )<br>)<br>GILBERT PETERS, Superintendent, )<br>Branchville Correctional Facility, )<br>)<br>Respondent. ) | No. 2:08-cv-399-LJM-JMS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 06/05/2009

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

Stephanie Lynn Rothenberg
INDIANA OFFICE OF THE ATTORNEY GENERAL
Stephanie.Rothenberg@atg.in.gov

Phillip Charles Smith
ATTORNEY AT LAW
phillip_c_smith@netbox.com